UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC EXPRESS CORPORATION,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>MORDECHAI KAHANA,<br><br>                    Defendant. | 24 Civ. 3736 (KPF)<br><br>**FINAL JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

**THIS CAUSE** came before the Court on October 1, 2024 on Plaintiff, **ATLANTIC EXPRESS CORPORATION**, an Illinois corporation, Motion for Entry of Final Judgment [ECF No. 15] ("the **Motion**") and the Court having reviewed the Motion and Court file and being otherwise fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED as follows:

1.      The Motion is GRANTED.

Final Judgment is hereby entered in favor of Plaintiff and against Defendant, **MORDECHAI KAHANA, a/k/a MOTI KAHANA**, on all counts of Plaintiff's Complaint in the amount of $164,021.00, for which sum let execution issue. This amount is comprised of: (i) the original $58,000 contract amount; (ii) an additional amount of $1,800 for re-directing a portion of the shipments from Romania to Israel; and (iii) $111,421 in demurrage and detainer that Plaintiff Atlantic Express Corporation incurred as a consequence of Defendant Kahana's breach, which damages Defendant Kahana foresaw or should have foreseen as

a consequence of his breach. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: January 22, 2025
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge